**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| In Re: | Case No.  05-13879 HEB |
|---|---|
| MUMFORD, ALEX | |
| Debtor(s) | Chapter 7 |

**TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS**

Enclosed from the office of John K. Fort, Trustee for the above-referenced case is check number 110 in the amount of $4,978.08 representing monies designated as dividends to unsecured creditors as follows:

| Creditor | Claim Number | Failure to Clear | Returned Mail | BR3010 | Amount |
|---|---|---|---|---|---|
| MBNA America Bank NA | 5 | X | | | $4,978.08 |
| Total | | | | | $4,978.08 |

February 7, 2008                          /s/ John K. Fort
DATE                                       JOHN K. FORT, TRUSTEE

If reason for return is other than those listed, please note reason

(FOR BANKRUPTCY COURT USE ONLY)                    BANKRUPTCY TRUSTEE LEDGER

TITLE:                    DOCKET:

| Date | Receipt No. | Received | Disbursed | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |